UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roland Thomas Koch,<br><br>    Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY; SCOTT JONES, Sheriff of Sacramento County, in his individual and official capacity; John Doe 1 "Booking Officer"; John Doe 2 "Classification Officer"; John Does 3-10 "4th Fl. Officers"; John Doe 11 "Classification Officer"; John Doe 12 "Facility Commander"; John Does 13-20 "7th Fl. Officers"; John Doe 21 "Supervisor"; John Does 22-29 "3rd Fl. Officers"; John Doe 30, Bdg# 1039? "Supervisor"; John Doe 31, Bdg# 589? "Supervisor" in their individual and official capacities;<br><br>    Defendants.<br>_____/ | CASE NO. 2:15-cv-00739-JAM-CKD<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |

/ / /

/ / /

{01499248.DOCX}          1

**[PROPOSED] ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

The Court, having considered Defendant SCOTT JONES' Request for a thirty-day extension of time to respond to Plaintiff's First Set of Interrogatories and Requests for Production, and good cause appearing:

**IT IS HEREBY ORDERED:** Defendant SCOTT JONES has until February 29, 2016, to serve responses to Plaintiff's discovery requests.

Dated:  January 11, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01499248.DOCX}                    2
**[PROPOSED] ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**