**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Colleen R. Howard, SBN 257661
Taylor W. Rhoan, SBN 294941
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
SCOTT JONES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roland Thomas Koch,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY; SCOTT JONES, Sheriff of Sacramento County, in his individual and official capacity; John Doe 1 "Booking Officer"; John Doe 2 "Classification Officer"; John Does 3-10 "4th Fl. Officers"; John Doe 11 "Classification Officer"; John Doe 12 "Facility Commander"; John Does 13-20 "7th Fl. Officers"; John Doe 21 "Supervisor"; John Does 22-29 "3rd Fl. Officers"; John Doe 30, Bdg# 1039? "Supervisor"; John Doe 31, Bdg# 589? "Supervisor" in their individual and official capacities;<br><br>　　　　Defendants.<br>_____/ | CASE NO. 2:15-cv-00739-JAM-CKD<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

/ / /

/ / /

{01573001.DOCX}　　　　　　　　　　　　　1
**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ROLAND THOMAS KOCH, in Pro Per, and Defendant SCOTT JONES, pursuant to Local Rule 143 as follows:

1. The parties respectfully request that the District Court modify the Discovery and Scheduling Order to continue the dispositive motion deadline for an additional 30 days, based on good cause appearing as more fully set forth below.

2. The Court's Discovery and Scheduling Order originally set the dispositive motion deadline for June 10, 2016. (Document 13) The Court has previously granted one extension of time for 30 days on the deadline to file dispositive motions. (Document 17.) No further orders modifying the Discovery and Scheduling Order have been entered.

3. The parties are in good faith attempting to resolve this matter and are in the process of negotiating a settlement. In an attempt to avoid the time and expense of preparing and opposing a motion for summary judgment, the parties respectfully request that the dispositive motion deadline be continued for 30 days to allow the parties time to hopefully resolve this matter. Plaintiff in this matter confirmed with Counsel for Defendant over the telephone that he was in agreement with the continuance. (See Exhibit A, Declaration of Taylor W. Rhoan filed herewith.)

4. Therefore, the parties respectfully submit that good cause exists to amend the dispositive motion deadline of the Discovery and Scheduling Order dated November 30, 2015 (Document 13) and subsequently modified on June 10, 2016 (Document 17) as follows:

| **Deadline** | **Old Date** | **New Date** |
|---|---|---|
| Dispositive motion deadline | July 8, 2016 | August 8, 2016 |

/ / /

/ / /

/ / /

/ / /

{01573001.DOCX}

2

**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**

This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

IT IS SO STIPULATED.

Dated: July 5, 2016

By   <u>//s// Roland Thomas Koch as authorized</u>
ROLAND THOMAS KOCH
Plaintiff in Pro Per

Dated: July 5, 2016     PORTER SCOTT
A PROFESSIONAL CORPORATION

By   <u>//s// Taylor W. Rhoan</u>
Taylor W. Rhoan
Attorney for Defendant
SCOTT JONES

## **ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Discovery and Scheduling Order, be modified with the new schedule as set forth above.

IT IS SO ORDERED.

Dated: July 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

{01573001.DOCX}　　　3
**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**