UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND THOMAS KOCH,<br><br>   Plaintiff,<br><br>   v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>   Defendants. | No.  2:15-cv-0739 JAM CKD P<br><br><br><br>ORDER |

    This matter appears ready to proceed to trial.  Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff shall file his pretrial statement within 30 days.  Plaintiff should refer to the court's November 30, 2015 order and Local Rule 281 as to the contents of pretrial statements.  Plaintiff's failure to file a pretrial statement within 30 days will result in dismissal.

    2. Defendant Jones shall file his pretrial statement within 14 days of service of plaintiff's.

Dated: August 17, 2016

    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

1
koch0739.41nosj