UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND THOMAS KOCH,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>Defendants. | No. 2:15-cv-0739 JAM CKD P<br><br><br><br>ORDER |

On June 19, 2019, plaintiff filed a motion for enforcement of a settlement agreement. Defendant Jones has not responded to the motion. Good cause appearing, IT IS HEREBY ORDERED that defendant Jones file a response to plaintiff's motion within 21 days. Plaintiff may file a reply to the response within 21 days of service of the response.

Dated: July 16, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
koch0739.res