UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND THOMAS KOCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-0739 JAM CKD P<br><br><br>ORDER |

Plaintiff, a California detainee prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The case was dismissed by stipulation on September 1, 2016. Plaintiff has filed a motion asking that the court enforce the terms of a settlement agreement. The motion was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 2, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

/////

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review.  Having carefully reviewed all relevant portions of the court's file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 2, 2019, are adopted in full; and

2. Plaintiff's June 19, 2019 motion to enforce the terms of a settlement agreement is denied.

DATED:  January 22, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE